No. 24-8084

# United States Court of Appeals for the Tenth Circuit

―――――――――――――――――――――――――――――――――

DR. FREDERICK WILLIAM "ERIC" CUBIN III,

*Plaintiff-Appellant,*

v.

MARK GORDON, in his official and personal capacities as Governor of Wyoming,

*Defendant-Appellee.*

―――――――――――――――――――――――――――――――――

On Appeal from the United States District Court
for the District of Wyoming
No. 1:24-cv-164 - Hon. Scott W. Skavdahl

―――――――――――――――――――――――――――――――――

**UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26 and Tenth Circuit Rules 26 and 27, Appellant Dr. Eric Cubin respectfully requests a 30-day extension of time, to and including Wednesday, March 26, 2025, to file his principal brief in this case.

This is Appellant's first request for an extension of time. Counsel for Appellee does not oppose the extension. In support of this unopposed motion, Appellant further states:

1. This appeal involves claims against the Governor of Wyoming, raising First Amendment issues related to free speech, the right to petition, and retaliation.

2. Appellant's lead counsel, Buck Dougherty, has had primary responsibility for this appeal, but gave notice on February 14, 2025, that he is resigning from his position at Liberty Justice Center and taking a new position at another law firm.

3. Appellant's new lead counsel, Jacob Huebert, filed an entry of appearance on February 17, 2025. Mr. Huebert requires time to become familiar with this case and the relevant law.

4. Currently, Appellant's principal brief deadline is set for February 24, 2025.

5. For the foregoing reasons, the requested 30-day extension is necessary to ensure that Appellant's counsel can adequately prepare his principal brief.

6. Appellant's counsel conferred with Appellee's counsel Brandi Monger yesterday, February 18, 2025, regarding this request for a 30-day extension, and she stated that Appellee does not oppose this request for an extension of time.

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests a 30-day extension of time, to and including **Wednesday, March 26, 2025**, in which to file his principal brief.

Dated: February 19, 2025                    Respectfully submitted,

/s/ Jacob Huebert
Jacob Huebert
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
Telephone (512) 481-4400
jhuebert@ljc.org

D. Stephen Melchior
MELCHIOR LAW FIRM, P.C.
2010 Warren Avenue
Cheyenne, WY 82001
(307)637-2323
steve@melchlaw.com

*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2025, the foregoing Unopposed Motion was filed through the Court's Electronic Filing System, which will send notice to all counsel appearing in this matter.

/s/ Jacob Huebert
Jacob Huebert
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
Telephone (512) 481-4400
jhuebert@ljc.org

*Counsel for Appellant*
