No. 24-8084

## United States Court of Appeals
## for the Tenth Circuit

---

DR. FREDERICK WILLIAM "ERIC" CUBIN III,

*Plaintiff-Appellant,*

v.

MARK GORDON, in his official and personal capacities as Governor of Wyoming,

*Defendant-Appellee.*

---

On Appeal from the United States District Court
for the District of Wyoming
No. 1:24-cv-164 - Hon. Scott W. Skavdahl

---

### MOTION FOR BUCK DOUGHERTY TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF-APPELLANT

Pursuant to 10th Cir. R. 46.1(A), Buck Dougherty moves this Court for a court order allowing him to withdraw as counsel of record on behalf of the Plaintiff-Appellant Dr. Eric Cubin. And in support of this motion to withdraw as counsel, Mr. Dougherty further states:

1

1. On January 14, 2025, Mr. Dougherty filed an entry of appearance on behalf of the Appellant Dr. Eric Cubin. Dkt. 14.

2. On February 14, 2025, Mr. Dougherty gave notice to his employer that he was resigning his position at Liberty Justice Center and taking on a new position at another law firm, effective February 28, 2025.

3. On February 18, 2025, Liberty Justice Center President Jacob Huebert filed an entry of appearance in this appeal on behalf of the Appellant Dr. Eric Cubin. Dkt. 18.

4. Currently, Appellant's opening brief and appendix deadline is set for March 26, 2025. Dkt. 20.

5. In addition to Mr. Hubert's representation of Appellant, attorney Stephen Melchior has also filed an entry of appearance on behalf of Appellant Dr. Eric Cubin. Dkt. 4.

6. Mr. Dougherty has notified opposing counsel that he would be leaving his employment at Liberty Justice Center.

7. Further, Mr. Dougherty has notified the Appellant Dr. Eric Cubin that he was leaving his employment at Liberty Justice Center, and that Mr. Huebert and Mr. Melchior would continue representing him.

8. The Appellant Dr. Eric Cubin is adequately represented in this appeal by Mr. Huebert and Mr. Melchior in advance of the deadline to file his opening brief and appendix on March 26, 2025.

## CONCLUSION

For the foregoing reasons, this Court should enter an order allowing Mr. Dougherty to withdraw as counsel of record on behalf of the Plaintiff-Appellant Dr. Eric Cubin.

Dated: February 24, 2025         Respectfully submitted,

/s/ Buck Dougherty
Buck Dougherty
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
Telephone (512) 481-4400
bdougherty@libertyjusticecenter.org

*Counsel for Appellant*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2025, the foregoing Motion was filed through the Court's Electronic Filing System, which will send notice to all counsel appearing in this matter.

/s/ Buck Dougherty
Buck Dougherty
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
Telephone (512) 481-4400
bdougherty@libertyjusticecenter.org

*Counsel for Appellant*