No. 24-8084

# United States Court of Appeals for the Tenth Circuit

---

DR. FREDERICK WILLIAM "ERIC" CUBIN III,

*Plaintiff-Appellant,*

v.

MARK GORDON, in his official and personal capacities as Governor of Wyoming,

*Defendant-Appellee.*

---

On Appeal from the United States District Court
for the District of Wyoming
No. 1:24-cv-164 - Hon. Scott W. Skavdahl

---

## NOTICE THAT APPENDIX VOLUME II MAY BE PUBLICLY FILED

On March 26, 2025, Plaintiff-Appellant filed his principal appellate brief and, separately, a two-volume appendix. Shortly afterward, the Court issued an order noting that the second volume of the appendix had been filed under seal and directing Plaintiff-Appellant

to either file a motion to seal or submit a notice that the second volume could be publicly filed.

Plaintiff-Appellant's submission of the second volume under seal was inadvertent. Plaintiff-Appellant hereby gives notice that there is no reason for the second appendix volume to be under seal, and it may be publicly filed.

Dated: March 26, 2025        Respectfully submitted,

/s/ Jacob Huebert
Jacob Huebert
Bridget Conlan
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
Telephone (512) 481-4400
jhuebert@ljc.org

D. Stephen Melchior
MELCHIOR LAW FIRM, P.C.
2010 Warren Avenue
Cheyenne, WY 82001
(307)637-2323
steve@melchlaw.com

*Attorneys for Plaintiff-Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2025, the foregoing Notice was filed through the Court's Electronic Filing System, which will send notice to all counsel appearing in this matter.

/s/ Jacob Huebert