No. 24-8084

**United States Court of Appeals
for the Tenth Circuit**

DR. FREDERICK WILLIAM "ERIC" CUBIN III,

*Plaintiff-Appellant,*

v.

MARK GORDON, in his official and personal capacities
as Governor of Wyoming,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Wyoming
No. 1:24-cv-164 - Hon. Scott W. Skavdahl

**RESPONSE TO DEFENDANT-APPELLEE'S MOTION TO
DISMISS OR MOTION FOR SUMMARY DISPOSITION
BECAUSE OF MOOTNESS**

Plaintiff-Appellant acknowledges that the District Court granted

Defendant's Motion for Judgment on the Pleadings and entered

judgment in favor of Defendant on April 14, 2025. Plaintiff-Appellant

has appealed that ruling to this Court in Case No. 25-8021.

Meanwhile, Plaintiff-Appellant acknowledges that this appeal of the interlocutory order is moot for the reasons stated by Defendant.

Dated: May 1, 2025                Respectfully submitted,

/s/ Bridget Conlan
Bridget Conlan
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
Telephone (512) 481-4400
bconlan@ljc.org

D. Stephen Melchior
MELCHIOR LAW FIRM, P.C.
2010 Warren Avenue
Cheyenne, WY 82001
(307)637-2323
steve@melchlaw.com

*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2025, the foregoing Response to

Defendant-Appellee's Motion to Dismiss or Motion for Summary

Disposition Because of Mootness was filed through the Court's

Electronic Filing System, which will send notice to all counsel

appearing in this matter.

<div style="margin-left:45%">

/s/ Bridget Conlan

Bridget Conlan

LIBERTY JUSTICE CENTER

7500 Rialto Blvd., Suite 1-250

Austin, Texas 78735

Telephone (512) 481-4400

bconlan@ljc.org

*Counsel for Appellant*

</div>