FILED
United States Court of Appeals
Tenth Circuit

May 1, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

DR. FREDERICK WILLIAM "ERIC" CUBIN, III,

    Plaintiff - Appellant,

v.

MARK GORDON, in both his personal and official capacities as Governor of Wyoming,

    Defendant - Appellee.

No. 24-8084
(D.C. No. 1:24-CV-00164-SWS)
(D. Wyo.)

---

**ORDER**

---

This matter is before the court on review of appellant Dr. Frederick Cubin, III's *Response to Defendant-Appellee's Motion to Dismiss or Motion for Summary Disposition Because of Mootness*. (Dkt. No. 33.)

Dr. Cubin "acknowledges that this appeal . . . is moot for the reasons stated by Defendant." (Response at 2.) Accordingly, it appears that the parties agree that this appeal—no. 24-8084—should not proceed. The court directs the parties to confer on that topic.

If the parties agree that this appeal should not proceed, then appellant shall file—on or before May 8, 2025—a motion to voluntarily dismiss this appeal. *See* Fed. R. App. P. 42(b). If either party believes that this appeal ought to proceed, then the parties shall file—on or before May 8, 2025—a joint status report that (i) outlines the legal and/or

factual basis for this appeal continuing; and (ii) sets forth a brief statement of how the parties envision this appeal proceeding.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk