No. 24-8084

# United States Court of Appeals for the Tenth Circuit

---

DR. FREDERICK WILLIAM "ERIC" CUBIN III,

*Plaintiff-Appellant,*

v.

MARK GORDON, in his official and personal capacities as Governor of Wyoming,

*Defendant-Appellee.*

---

On Appeal from the United States District Court
for the District of Wyoming
No. 1:24-cv-164 - Hon. Scott W. Skavdahl

---

## MOTION FOR VOLUNTARY DISMISSAL

Plaintiff-Appellant acknowledges that the District Court granted Defendant's Motion for Judgment on the Pleadings and entered judgment in favor of Defendant on April 14, 2025. Plaintiff-Appellant has appealed that ruling to this Court in Case No. 25-8021.

Meanwhile, Plaintiff-Appellant acknowledges that this appeal of the interlocutory order is moot for the reasons stated by Appellee and the

parties agree this appeal should not proceed. Each party agrees to bear its own costs and attorneys' fees related to this appeal of the interlocutory order. Accordingly, Appellant files this motion to voluntarily dismiss as requested by the Court, pursuant to Fed. R. App. P. Rule 42(b)(2).

Dated: May 2, 2025                    Respectfully submitted,

/s/ Bridget Conlan
Bridget Conlan
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
Telephone (512) 481-4400
bconlan@ljc.org

D. Stephen Melchior
MELCHIOR LAW FIRM, P.C.
2010 Warren Avenue
Cheyenne, WY 82001
(307)637-2323
steve@melchlaw.com

*Counsel for Plaintiff-Appellant*

/s/ Brandi Monger
Brandi L. Monger, Bar No. 6-3731
Deputy Attorney General
Timothy W. Miller, Bar No. 5-2704
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002

(307) 777-5820
(307) 777-8920 Facsimile
brandi.monger@wyo.gov
tim.miller@wyo.gov

*Counsel for Defendant-Appellee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2025, the foregoing Motion for Voluntary Dismissal was filed through the Court's Electronic Filing System, which will send notice to all counsel appearing in this matter.

/s/ Bridget Conlan
Bridget Conlan
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, Texas 78735
Telephone (512) 481-4400
bconlan@ljc.org

*Counsel for Appellant*