FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

May 2, 2025

Christopher M. Wolpert  
Clerk of Court

———————————————

DR. FREDERICK WILLIAM "ERIC" CUBIN, III,

    Plaintiff - Appellant,

v.

MARK GORDON, in both his personal and official capacities as Governor of Wyoming,

    Defendant - Appellee.

No. 24-8084  
(D.C. No. 1:24-CV-00164-SWS)  
(D. Wyo.)

———————————————

**ORDER**

———————————————

This matter is before the court on appellant's *Motion for Voluntary Dismissal*. (Dkt. No. 35.) Upon consideration, the court grants the motion. *See* 10th Cir. R. 27.5(A)(9) and Fed. R. App. P. 42(b). The court denies appellee's motion to dismiss as moot. (Dkt. No. 31.)

  Each party will bear its own costs and attorneys' fees, as set forth in the *Motion*.

  A copy of this order shall stand as and for the mandate of the court.

                    Entered for the Court

                    CHRISTOPHER M. WOLPERT, Clerk