UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 02, 2025

Margaret Botkins
United States District Court for the District of Wyoming
Office of the Clerk
111 South Wolcott
Casper, WY 82602-0000

Bridget Conlan
Jacob H Huebert
Liberty Justice Center
7500 Rialto Boulevard, Suite 1-250
Austin, TX 78735

D. Stephen Melchior
Melchior Law Firm
2010 Warren Avenue
Cheyenne, WY 82001

Timothy W. Miller
Brandi Lee Monger
Office of the Attorney General for the State of Wyoming
109 State Capitol
Cheyenne, WY 82002

**RE:**     **24-8084, Cubin v. Gordon**
Dist/Ag docket: 1:24-CV-00164-SWS

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/sds