UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Dr. Eric Cubin

v.

Governor Mark Gordon

Case No. 24-8084

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Dr. Eric Cubin

[Party or Parties][1]

Appellant, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Brendan J. Philbin
Name of Counsel

*Brendan J. Philbin* (signature)
Signature of Counsel

7500 Rialto Blvd., Ste. 1-250, Austin, TX 78735; 512-481-4400
Mailing Address and Telephone Number

bphilbin@libertyjusticecenter.org
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

September 15, 2025
Date

*Brendan J. Phillin*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☑ On  September 15, 2025  I sent a copy of this Entry of Appearance
     [date]

Form to:
ECF filing with Tenth Circuit which will send a notice to counsel of record

at_____,

the last known address/email address, by _____.
                                          [state method of service]

September 15, 2025
Date

*Brendan J. Phillin* (signature)
Signature